TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No 12183
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Alexandre Melendez Perez,<br><br>Petitioner,<br><br>v.<br><br>Todd Blanche, *et al.*<br><br>Respondents. | Case No. 2:26-cv-03330-RFB-BNW<br><br>**ORDER granting Federal Respondents' Unopposed Motion for Extension of Time to Respond to Court's Order (ECF No. 3)** |

Federal Respondents, by and through their undersigned counsel, hereby submit this Motion for a limited two-day extension of time, up to and including **October 21, 2026**, for Federal Respondents to file a Response to the Court's Order, ECF No. 3. This extension is necessary because of extreme staffing shortages in Civil Division of the United States Attorney's Office for the District of Nevada, with two AUSAs and a paralegal tied up in trial all week and undersigned counsel's primary paralegal out on leave all week.

On October 19, 2026, Federal Respondents contacted Petitioner's Counsel requesting an extension, and Petitioner's Counsel agreed. Federal Respondents have provided Petitioner's Counsel with Petitioner's I-213, I-200, I-286, I-862, I-205, I-294, Notice of Revocation of Release, and Removal Order. This is Federal Respondents' first request for an extension of time to respond to the Court's Order. This request is made in good faith and not for the purpose of any undue delay.

**Memorandum of Points and Authorities**

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A); *see also* Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted). Courts also have inherent authority to manage their own dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

Undersigned AUSA is acting diligently in preparing a response to the Court's Order. However, additional time is necessary because of extreme office staffing shortages limiting the amount of available manpower to meet approximately two dozen habeas deadlines today. Without additional time, a proper response to the Court's Order cannot be filed. For these reasons, Federal Respondents respectfully request a limited extension up to and including **October 21, 2026**, to file a response to the Court's Order (ECF No. 3).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

If this motion for an extension of time is granted, the deadline to respond to the Court's Order will be **October 21, 2026**. Given Federal Respondents' diligence and the lack of opposition from Petitioner's counsel, good cause exists for the extension. Federal Respondents, therefore, respectfully request that the Court grant this motion.

Respectfully submitted this 19th day of October 2026.

TODD BLANCHE
United States Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney

**IT IS SO ORDERED:**

**Dated:** October 20, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**